UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COLTEN H.[1] | ) |
| | ) |
|         **Plaintiff,** | ) |
| | ) |
| vs. | )   Civil No. 3:24-cv-02443-GCS |
| | ) |
| COMMISSIONER of SOCIAL SECURITY, | ) |
| | ) |
|         **Defendant.** | ) |

### MEMORANDUM & ORDER

**SISON, Magistrate Judge:**

Pending before the Court is a joint motion to award attorney fees and expenses. (Doc. 28). Specifically, the parties agree that Plaintiff is entitled to $9,200.00 in fees and expenses. Thus, the Court **GRANTS** the motion.

Pursuant to the Equal Access to Justice Act ("EAJA"), it is hereby ordered that Plaintiff is awarded $9,200.00 (nine thousand two hundred dollars and zero cents) for attorney fees and expenses in full satisfaction of any and all claims for attorney fees and expenses that may be payable to Plaintiff in this matter under the EAJA, 28 U.S.C. § 2412. Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *See Astrue v. Ratliff*, 560 U.S. 586

---

[1]     Plaintiff's full name will not be used in this Memorandum & Order due to privacy concerns. *See* FED. R. CIV. PROC. 5.2(c) and the Advisory Committee Notes thereto.

(2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to Konoski & Partners pursuant to the EAJA assignment duly signed by Plaintiff. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record: Konoski & Partners, PC, 180 Tices Lane, Suite 204, Bldg. A, East Brunswick, NJ 08816.

**IT IS SO ORDERED.**

**DATED: August 25, 2025.**

Digitally signed by Judge Sison
Date: 2025.08.25 10:53:32 -05'00'

**GILBERT C. SISON**
**United States Magistrate Judge**